**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BILLY T. MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1332 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE | § | |
| FEDERAL CREDIT UNION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff's motion to extend discovery by an additional 90 Days, (Docket Entry No. 23), is denied. The schedule has already been extended. There is a pending summary judgment motion. Good cause for a further extension is not shown.

SIGNED on December 23, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge