IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY T. MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1332 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE | § | |
| FEDERAL CREDIT UNION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff's Motion to Extend Time for Filing of Brief by Additional 21 Days, (Docket Entry No. 28), was filed after the deadline had already passed. The motion for 21 days of additional time is granted, reluctantly. Plaintiff's counsel is admonished that he has exhausted such opportunities by invoking them too often and too late.

The response is due by **January 31, 2011**.

SIGNED on January 26, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge