IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BILLY T. MILLER** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:09-CV-01332** |
| | § | |
| **BAYLOR COLLEGE OF MEDICINE FEDERAL CREDIT UNION AND BAYLOR COLLEGE OF MEDICINE, AND TWO UNKNOWN HOUSTON POLICE OFFICERS,** | § § § § § | |

**ORDER GRANTING BCMFCU'S JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF ALL THE EVIDENCE AND FINAL JUDGMENT**

On March 17, 2011 this case was called for trial. Plaintiff, Billy Miller, appeared in person and through his attorney and announced ready for trial. Defendant Baylor College of Medicine Federal Credit Union ("BCMFCU") appeared and through its attorney announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The Court then impaneled and swore the jury, which, along with the Court, heard the evidence and arguments of counsel.

Trial of this matter took place on March 17, 2011 and March 18, 2011. On March 18, 2011, at the close of all the evidence, BCMFCU re-urged its Motion for a Judgment as a Matter of Law. The Court, after reading the Motion and any response thereto, hearing arguments from all counsel, and reviewing the pleadings and evidence, grants the Motion and renders Final Judgment in favor of BCMFCU as follows:

1. The Court ORDERS, ADJUDGES AND DECREES that Plaintiff Billy T. Miller take nothing by his suit against BCMFCU, and that Plaintiff's claims are dismissed with prejudice to Plaintiff's right to re-file such claims;

2. This Court ORDERS, ADJUDGES AND DECREES that this Judgment is final, disposes of all claims and all parties, and is appealable;

3. The Court ORDERS execution to issue for this Final Judgment;

4. The Court ORDERS the clerk of the court to enter this Order and Final Judgment; and

5. The Court further ORDERS that any relief not granted herein is denied.

SIGNED April 5, 2011

Lee H. Rosenthal

JUDGE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE